UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JASON K. PYAWASIT,

        Defendant.

Case No. 25-CR- **25-CR-134**

[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

**Green Bay Division**

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about April 24, 2024, in the State and Eastern District of Wisconsin,

**JASON K. PYAWASIT,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is further described as a Hatsan Arms Company Escort Slugger 12-gauge pump action shotgun without a serial number.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

Case 1:25-cr-00134-BBC     Filed 07/08/25     Page 1 of 2     Document 1

## NOTICE OF FORFEITURE

1.	Upon conviction of the offense charged in the Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, including but not limited to a Hatsan Arms Company Escort Slugger 12-gauge pump action shotgun without a serial number.

2.	If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

FOREPERSON

Dated: 7-8-25

RICHARD G. FROHLING
Acting United States Attorney

2